**Government's Exhibit 1**



Gov. Ex. 1-1

**United States' Motion for Detention –Exhibit 1**  **Page 1**



Gov. Ex. 1-2
(Redacted to exclude full email address and credit card information)



Gov. Ex. 1-3
(Redacted to exclude face and names of uninvolved adults)

**United States' Motion for Detention –Exhibit 1** Page 2



Gov. Ex. 1-4
(Excerpt of video sent by d.moss5592 cropped to exclude hand masturbating penis)



Gov. Ex. 1-5

**United States' Motion for Detention –Exhibit 1**  **Page 3**